RECEIVED

JAN 14 2022

BY MAIL

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

MR. MICHAEL HILL, #289464 )
)
)
*(Write the full name of the plaintiff in this action.* )
*Include prisoner registration number.)* )
)
v. )
)
Raymond C. Wood; Jerry L. Amonds; )
Jeffrey D. Clark; Lisa Ivy; John Doe )
Klemp; Jane Doe Holly; × )
)
*(Write the full name of each defendant. The caption* )
*must include the names of **all** of the parties.* )
*Fed. R. Civ. P. 10(a). Merely listing one party and* )
*writing "et al." is insufficient. Attach additional* )
*sheets if necessary.)* )

Case No: _____
*(to be assigned by Clerk of District Court)*

Plaintiff Requests Trial by Jury
☑ Yes    ☐ No

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

### *NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff should not send exhibits, affidavits, witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the $400.00 filing fee or an application to proceed without prepayment of fees and costs.*

## I.   The Parties to this Complaint

### A.   The Plaintiff

Name: Mr. Michael Hill

Other names you have used: X Mike, Migidi, or Mig

Prisoner Registration Number: 289464

Current Institution: Algoa Correctional Center
8501 No More Victims Road
Jefferson City, Missouri 65101

Indicate your prisoner status:

☐ Pretrial detainee         ☑ Convicted and sentenced state prisoner

☐ Civilly committed detainee   ☐ Convicted and sentenced federal prisoner

☐ Immigration detainee      ☐ Other (explain): _____

### B.   The Defendant(s)

To the best of your knowledge, give the information below for each defendant named in the caption of this complaint. Make sure the defendant(s) named below are the same as those listed in the caption of this complaint. Attach additional pages if necessary.

For an individual defendant, include the person's job title, and check whether you are suing the individual in his or her individual capacity, official capacity, or both.

**Defendant 1**

Name: Mr. Raymond C. Wood

Job or Title: Corrections Officer #1

Badge/Shield Number: E0128902

Employer: Missouri Department of Corrections

Address: P.O. Box 236, Jefferson City, Mo. 65102

☑ Individual Capacity        ☐ Official Capacity

2

Defendant 2

Name: Mr. Jerry L. Amonds

Job or Title: Corrections Officer #1

Badge/Shield Number: E0149562

Employer: Missouri Department of Corrections

Address: P.O. Box 236, Jefferson City, Mo. 65102

✓ Individual Capacity         ___ Official Capacity

Defendant 3

Name: John Doe        Mr. Klemp

Job or Title: Corrections Officer #2

Badge/Shield Number:

Employer: Missouri Department of Corrections

Address: P.O. Box 236, Jefferson City, Mo. 65102

✓ Individual Capacity         ___ Official Capacity

Defendant 4

Name : Jane Doe    Ms. Holly

Job or Title :    Nurse Practitioner

Badge / Shield Number :

Employer : Corizon Medical Services

Address : 1320 Creek Trail Drive, Jefferson City, Mo.

✓ Individual Capacity        ___ Official Capacity

Defendant 5

Name : Mr. Jeffrey D. Clark

Job or Title :        RN / BSN

Badge / Shield Number :

Employer : Corizon Medical Services

Address : 1320 Creek Trail Drive, Jefferson City, Mo.

✓ Individual Capacity        ___ Official Capacity

Defendant 6

Name : Ms. Lisa Ivy

Job or Title :  MSN, RN, CCHP / Health Service Administrator

Badge / Shield Number :

Employer : Corizon Medical Services

Address : 1320 Creek Trail Drive, Jefferson City, Mo.

✓ Individual Capacity         Official Capacity


Defendant 7

x  Name : Jane Doe    Mrs. Herrington

Job or Title : NP

Badge / Shield Number :

Employer : Corizon Medical Services

Address : 1320 Creek Trail Drive, Jefferson City, Mo.

x  ✓ Individual Capacity         Official Capacity

**Defendant &**

×   Name: Dr. Khengar

Job or Title: Doctor

Badge/Shield Number: _____

Employer: Corizon Medical Services

Address: 1320 Creek Trail Drive, Jefferson City, Mo.

×   [✓] Individual Capacity        [ ] Official Capacity

## II.  Statement of Claim

Type, or neatly print, a short and plain statement of the FACTS that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1.    What happened to you?
2.    When did it happen?
3.    Where did it happen?
4.    What injuries did you suffer?
5.    What did each defendant personally do, or fail to do, to harm you?

( SEE  ATTACHED SHEET )

(STATEMENT OF CLAIM (Continued))

I inmate Mr. Michael Hill, #289464, complain that on June 4, 2021, at approximately 10:41 p.m., while being escorted to housing Unit #5 by Security guard Raymond E. Wood, Sergeant Klemp, and other security guards, I fell to the ground as a result of the force they were using while escorting me. And at that time each security guard spontaneously began to continuously twist my wrists and arms upward, as well as squeeze my hands and the handcuffs tightier on my wrists to the point that it made me yell out in pain for them to please stop because it was really hurting my wrist, hands and arms... However, the named security guards ignored my cries of pain and continuously and collectively kept on twisting my arms, wrists, and hands, and also squeezing tightly the handcuffs on my wrists so bad that it caused me to pass-out and my hands and wrists to swell-up. When I woke-up, I was in a cellroom and was being asked if I wanted the handcuffs removed from my wrists and/or hands. I screamed yes please remove the handcuffs. But, due to the fact that my wrists and hands swolled-up and it hurted so bad that I could not bare the pain when trying to remove the handcuffs from my writs, the security guards had to leave them one for several more minutes, like 30 minutes more. The handcuffs were embeded so deep into my wrists that it caused nerve damage to my wrists, to the point that I had to seek medical attention. How-ever no matter how many times I requested for proper medical treatment for my nerve damage injury to my wrists, hands and arms, and also the pain that I suffer from in my wrists, hands and arms, the prison's nurses, and Doctors would not give it to me, and this too contributed to my injuries. There-fore, I am also claiming that the manner in which nurse Holly, doctor x Khengar, nurse Jeffrey D. Clark, nurse Lisa Ivy, and other medical staff denied me adequate medical treatment violated my Eighth Amend-ment rights as well.

## III.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

(1). Nerve Damage to my hands, wrists and Arms; where I was only given a wrist tendon injury rehabilitation exercises; (2). Pyridoxine 100Mg, Prednisone, Ibu-profen 600Mg (3) Here at ACC Ibuprofen 800mg., duloxen 30Mg. and referred for a Nerve Conduction Study after 11-15-21. This still hasn't happened. My wrist, left hand, clear up to my finger tips still hurt as it did on June 4th 2021. I was denied an MRI trying to find out exactly whats wrong.

## IV.   Relief

State briefly and precisely what you want the Court to do for you.  Do not make legal arguments. Do not cite any cases or statutes.  If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming.  Explain why you believe you are entitled to recover those damages.

Award compensatory damages of $50,000 Jointly and severally against each named defendant Security Staff for the physical abuse and pain and suffering they put me through.  Award punitive damages of $100,000 Jointly and severally against the Security Staff and the named medical Staff for the painful physical abuse of me, and for denying me adequate medical treatment for my stated injuries.

## V.   Exhaustion of Administrative Remedies/Administrative Procedures

The Prison Litigation Reform Act ("PLRA") 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.



A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes          ☐ No

If yes, name the jail, prison or other correctional facility where you were confined at the time of the events giving rise to your claim(s):

Farmington Correctional Center

B.   Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes          ☐ No          ☐ Do not know

C.   If yes, does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes          ☐ No          ☐ Do not know

If yes, which claim(s)?

All Claims Stated.

D.      Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes.          ☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes          ☐ No

E.      If you did file a grievance:

1.      Where did you file the grievance?

Farmington Correctional Center

2.      What did you claim in your grievance? (*Attach a copy of your grievance, if available*)

Excessive Use of Force
Denial of Adequate Medical Treatment

3.      What was the result, if any? (*Attach a copy of any written response to your grievance, if available*)

To No Avail

( Please See Attached Exhibits )

6

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (*Describe all efforts to appeal to the highest level of the grievance process*.)

I took all three Steps of the prison's grievance procedure and Completed them.

F.   If you did not file a grievance:        N/A

1.   If there are any reasons why you did not file a grievance, state them here:

N/A

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

(*Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies*.)

7

## VI.    Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A.    To the best of your knowledge, have you ever had a case dismissed on the basis of this "three strikes rule"?

☐ Yes            ☑ No

If yes, state which court dismissed your case and when it was dismissed.  Attach a copy of the court's order, if possible.

*N/A*

Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes            ☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (*If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.*)

1.    Parties to the previous lawsuit

Plaintiff _____ *N/A* _____

Defendant(s) _____ *N/A* _____

2.    Court (*if federal court, name the district; if state court, name the state and county*)

3.    Docket or case number _____ *N/A* _____

4.    Name of Judge assigned to your case _____ *N/A* _____

8

5.     Approximate date of filing lawsuit _____ *N/A* _____

6.     Is the case still pending?

      ☐ Yes

      ☐ No (*If no, give the approximate date of disposition*): _____ *N/A* _____

7.     What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

*N/A*

C.     Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

      ☐ Yes           ☑ No

D.     If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below: (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1.     Parties to the previous lawsuit

Plaintiff _____ *N/A* _____

Defendant(s) _____ *N/A* _____

2.     Court (*if federal court, name the district; if state court, name the state and county*)

3.     Docket or case number _____ *N/A* _____

4.     Name of Judge assigned to your case _____ *N/A* _____

5.     Approximate date of filing lawsuit _____ *N/A* _____

6.   Is the case still pending?

      ☐ Yes

      ☐ No  (*If no, give the approximate date of disposition*):_____ *N/A*_____

7.   What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

## VII.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this x *10* day of *January* _____, 20x*22*

Signature of Plaintiff     x *Michael L. Hill*

10