UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL HILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:22-CV-0061 DDN |
| | ) |
| RAYMOND WOOD, et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

Before the Court is defendants' answer filed on September 12, 2022. Counsel for defendants indicates that the proper name for defendant John Doe Klemp is Darren Klemp. As such, the Court will direct the Clerk to update the docket to correct defendant Klemp's name.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall update the docket with defendant Klemp's proper name: Darren Klemp.

Dated this 13th day of September, 2022.

DAVID D. NOCE
UNITED STATES MAGISTRATE JUDGE